UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JOEL ESPINOSA

      Plaintiff,                                CASE NO.0:08-cv-60538-PAS

v.

FARM STORES CORPORATION,
a Florida corporation

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOEL ESPINOSA and Defendant, FARM STORES CORPORATION, by and through their undersigned attorneys, hereby file their Notice of Settlement for the above-styled cause. The parties will file their dismissal document within ten (10) days.

| | |
|---|---|
| Dated: July 2, 2008 | Respectfully submitted, |
| SCHWARTZ ZWEBEN | MICHAEL C. COMPO |
| By:____/s/ Stephan M. Nitz_____ | By:__/s/ Michael C. Compo_____ |
|     Stephan M. Nitz |     Michael C. Compo |
|     Florida Bar No. 45561 |     Florida Bar No: 28889 |
|     Attorneys for Plaintiff |     Attorney for Defendant |
|     3876 Sheridan Street |     6221 W. Atlantic Blvd. |
|     Hollywood, Florida 33021 |     Margate, FL  33063 |
|     Telephone:     (954) 966-2483 |     Telephone:  (954)-977-9728 |
|     Facsimile:     (954) 966-2566 |     Facsimile:   (954) 977-0139 |
|     snitz@szalaw.com |     mcompo@hotmail.com |
| |     (Signed by Plaintiff's counsel with permission) |