UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60538-CIV-SEITZ/O'SULLIVAN

JOEL ESPINOSA,

    Plaintiff,

v.

FARM STORES CORP.,
a Florida Corporation,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## NOTICE OF COURT PRACTICE REGARDING SETTLEMENT

THIS MATTER is before the Court on the parties' Notice of Settlement [DE-8] stating that the parties have settled all claims in this matter. Accordingly, it is hereby

ORDERED that:

(1) The parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) shall be filed by **July 14, 2008**. If the parties do not comply with this Order, then the Court shall dismiss the case with prejudice;

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(3) This case is CLOSED for statistical purposes.

DONE and ORDERED in Miami, Florida, this 3rd day of July, 2008.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge John O'Sullivan
        All Counsel of Record