**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JOEL ESPINOSA

      Plaintiff,                           CASE NO.0:08-cv-60538-PAS

v.

FARM STORES CORPORATION,
a Florida corporation

      Defendant.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JOEL ESPINOSA and Defendant, FARM STORES CORPORATION, by and through their undersigned attorneys, and hereby file their notice of voluntary dismissal with prejudice. Each party shall bear its own attorney's fees and costs.

Dated:  July 31, 2008                            Respectfully submitted,

SCHWARTZ ZWEBEN                      MICHAEL C. COMPO

By:_____/s/ Stephan M. Nitz_____       By:___/s/ Michael C. Compo_____
    Stephan M. Nitz                             Michael C. Compo
    Florida Bar No. 45561                  Florida Bar No: 28889
    Attorneys for Plaintiff                   Attorney for Defendant
    3876 Sheridan Street                    6221 W. Atlantic Blvd.
    Hollywood, Florida 33021            Margate, FL  33063
    Telephone:     (954) 966-2483        Telephone:  (954)-977-9728
    Facsimile:      (954) 966-2566        Facsimile:   (954) 977-0139
    snitz@szalaw.com                       mcompo@hotmail.com
                                                 (Signed by Plaintiff's counsel
                                               with permission)