UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60538-CIV-SEITZ/O'SULLIVAN

JOEL ESPINOSA,

    Plaintiff,

v.

FARM STORES CORP.,
a Florida Corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE-12]. Upon due consideration and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby

ORDERED that:

(1) This action is DISMISSED WITH PREJUDICE, with each party to bear his/her/its own attorneys' fees and costs;

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(3) This case remains CLOSED.

DONE AND ORDERED in Miami, Florida, this 4th day of August, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge O'Sullivan
        All Counsel of Record